IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Mrguda, Muamer

Printed: 03/24/09

Case Number: 05 B 33259
Judge: Goldgar, A. Benjamin
Filed: 8/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: February 5, 2009
Confirmed: October 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,024.51 | |
| Secured: | | 0.00 |
| Unsecured: | | 10,150.96 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 757.04 |
| Other Funds: | | 416.51 |
| Totals: | 14,024.51 | 14,024.51 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Peoples Energy Corp | Unsecured | 25.66 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 721.50 | 1,368.98 |
| 4. | Jefferson Capital | Unsecured | 1,862.92 | 3,534.73 |
| 5. | Jefferson Capital | Unsecured | 118.67 | 225.16 |
| 6. | Asset Acceptance | Unsecured | 858.25 | 1,628.52 |
| 7. | Specialized Management Consultants | Unsecured | 134.84 | 255.86 |
| 8. | Resurgent Capital Services | Unsecured | 116.95 | 221.93 |
| 9. | Volkswagon Credit | Unsecured | 927.16 | 1,759.25 |
| 10. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 11. | Performance Capital Mgmt | Unsecured | 609.52 | 1,156.53 |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 14. | Internal Org Migration | Unsecured | | No Claim Filed |
| 15. | Saks Fifth Avenue | Unsecured | | No Claim Filed |
| 16. | Wachovia Bank | Unsecured | | No Claim Filed |
| 17. | US Bank | Unsecured | | No Claim Filed |
| | | | $ 8,075.47 | $ 12,850.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mrguda, Muamer | Case Number:  05 B 33259 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed:  8/22/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 115.94 |
| 5% | 29.84 |
| 4.8% | 133.06 |
| 5.4% | 253.68 |
| 6.5% | 147.51 |
| 6.6% | 77.01 |
| | $ 757.04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

